EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JONATHAN L. WOLFF
Supervising Deputy Attorney General
SARA UGAZ, State Bar No. 239031
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5716
 Fax:  (415) 703-5843
 Email:  Sara.Ugaz@doj.ca.gov

Attorneys for Defendants J. Celaya, C. Salopek, and E. Camarena

ANDRE HART
D-18158
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020

Pro Per Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ANDRE L. HART,**<br><br>Plaintiff,<br><br>v.<br><br>**LT. J. CELAYA, ET AL.,**<br><br>Defendants. | C 06-2519 CW<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW CERTAIN DOCUMENT REQUESTS FROM PLAINTIFF'S MOTION TO COMPEL** |

Plaintiff, in pro per, and Defendants Celaya, Salopek, and Camarena (Defendants), by and through their counsel, jointly stipulate to withdraw certain items from Plaintiff's Motion for an Order Compelling Discovery, namely:  (1) Defendants' witness list; (2) the whereabouts and first initials of "W. Colburn" and "Aguirre"; (3) photographs; and (4) log book entries that revealed

which staff members were entering and what time Plaintiff was received into section D-9 of Administrative Segregation on March 10, 2005. Therefore, Defendants do not have to respond to these document requests in their Opposition to Plaintiff's Motion to Compel because the parties already resolved the discovery dispute.

Dated: July 23, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

JONATHAN L. WOLFF
Supervising Deputy Attorney General



SARA UGAZ
Deputy Attorney General
Attorneys for Defendants Celaya, Salopek, and Camarena

Dated: July 24, 2007



_____
Andre Hart
Pro Se Plaintiff


Pursuant to stipulation, IT IS SO ORDERED.

Date: July 30, 2007

*[signature: Claudia Wilken]*
CLAUDIA WILKEN
United States District Court Judge

Hart Joint Stipulation and Proposed Order.wpd
SF2006200631

Stip. & [Prop.] Order Limit Mot. Compel Disc.                                    *Hart v. Celaya, et al.*
                                                                                  C 06-2519 CW

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ANDRE L. HART,

    Plaintiff,

v.

J. CELAYA et al,

    Defendant.

Case Number: CV06-02519 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andre L. Hart D-18158
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Sara Ugaz
Attorney General's Office
Correctional Law Section
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

Dated: July 30, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

Stip. & [Prop.] Order Limit Mot. Compel Disc.

*Hart v. Celaya, et al.*
C 06-2519 CW