```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


ANDRE L. HART,                  )
                                )
          Plaintiff(s),         )    No. C06-2519 CW (BZ)
                                )
     v.                         )    BRIEFING ORDER
                                )
J. CELAYA, et al.,              )
                                )
          Defendant(s).         )
                                )
_____)
```

Having received plaintiff's Motion to Compel Discovery and defendants' opposition, **IT IS ORDERED** as follows:

1. Plaintiff shall file a reply to defendants' opposition no later than **August 20, 2007.** In his reply, plaintiff shall identify the documents that he is still seeking and the information that he seeks to obtain from these documents. Specifically, he shall state to what extent access to his central file and medical file have satisfied his production requests, and state why the medical and disciplinary procedures and polices already provided by defendants are insufficient.

///

1

1       2.  If necessary, the court will schedule a hearing.
2  Dated: July 31, 2007

                                    _____
                                         Bernard Zimmerman
                                    United States Magistrate Judge

6  G:\BZALL\-REFS\HART\BRIEFING ORDER.wpd

2