UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. HART,<br><br>        Plaintiff(s),<br><br> v.<br><br>J. CELAYA, et al.,<br><br>        Defendant(s). | No. C06-2519 CW (BZ)<br><br>**SECOND BRIEFING ORDER** |

Having received plaintiff's Motion to Compel Discovery and defendants' opposition, **IT IS ORDERED** as follows:

1. Plaintiff shall file a reply to defendants' opposition no later than **Monday, September 17, 2007.** In his reply, plaintiff shall identify the documents that he is still seeking and the information that he seeks to obtain from these documents. Specifically, he shall state to what extent access to his central file and medical file have satisfied his production requests, and state why the medical and disciplinary procedures and polices already provided by defendants are insufficient.

///

1

    2.   If necessary, the court will schedule a hearing.

    3.   My July 31, 2007 Briefing Order, having been filed by electronic posting, is **VACATED**.

Dated: August 27, 2007

                                 Bernard Zimmerman
                         United States Magistrate Judge

G:\BZALL\-REFS\HART\BRIEFING ORDER 2.wpd